## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CHRISTOPHER EDWARD BRIGHT,

  Plaintiff,

                                       CASE NO.: 6:24-cv-01061-WWB-RMN

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRAN UNION LLC, and PROCOLLECT, INC.

  Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, Christopher Edward Bright, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, Equifax Information Services LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 1st day of July 2024.

                                                    **/s/ Frank H. Kerney, III, Esq.**
                                                    Frank H. Kerney, III, Esq.
                                                    Florida Bar No.: 88672

          Tennessee Bar No.: 035859
          The Consumer Lawyers PLLC
          412 E. Madison St. Ste 916
          Tampa, Florida 33602
          Telephone: 844.855.9000
          Facsimile: 844.951.3933
          Frank@TheConsumerLawyers.com
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on this 1st day of July, 2024 which sent electronic notice of such to all parties of record.

          **/s/Frank H. Kerney, III, Esq.**
          Frank H. Kerney, III, Esq.
          Florida Bar No.: 88672
          *Attorney for Plaintiff*