UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER EDWARD BRIGHT,

  Plaintiff,

v.                                 CASE NO.: 6:24-cv-01061-WWB-RMN

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRAN UNION
LLC, and PROCOLLECT, INC.

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Christopher Edward Bright, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendants, Experian Information Solutions, Inc., and Trans Union LLC (hereinafter collectively the "Parties"), have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 9th day of July 2024.

                                                    **/s/ Frank H. Kerney, III, Esq.**
                                                    Frank H. Kerney, III, Esq.

Florida Bar No.: 88672
Tennessee Bar No.: 035859
The Consumer Lawyers PLLC
412 E. Madison St. Ste 916
Tampa, Florida 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Frank@TheConsumerLawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on this 9th day of July, 2024 which sent electronic notice of such to all parties of record.

**/s/Frank H. Kerney, III, Esq.**
Frank H. Kerney, III, Esq.
Florida Bar No.: 88672
*Attorney for Plaintiff*