# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHRISTOPHER EDWARD BRIGHT,

  Plaintiff,

CASE NO.: 6:24-cv-01061-WWB-RMN

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRAN UNION LLC, and PROCOLLECT, INC.

  Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, PROCOLLECT, INC.

COMES NOW Plaintiff, Christopher Edward Bright, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, Procollect, Inc., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 29th day of August 2024.

/s/ Frank H. Kerney, III, Esq.
Frank H. Kerney, III, Esq.
Florida Bar No.: 88672

1

Tennessee Bar No.: 035859
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, Florida 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Frank@TheConsumerLawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on this 29th day of August, 2024 which sent electronic notice of such to all parties of record.

**/s/Frank H. Kerney, III, Esq.**
Frank H. Kerney, III, Esq.
Florida Bar No.: 88672
*Attorney for Plaintiff*